**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL M. DAVIDSON, JAMES D. KLEIN, RUFUS ORR, and ROBERT ZIMMERMAN, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAIN CAPITAL PARTNERS, LLC, THE BLACKSTONE GROUP L.P., THE CARLYLE GROUP, GOLDMAN SACHS GROUP, INC., GS CAPITAL PARTNERS, JP MORGAN CHASE & CO., JP MORGAN PARTNERS, LLC, KOHLBERG, KRAVIS ROBERTS & COMPANY, L.P., MERRILL LYNCH & CO., INC., MERRILL LYNCH GLOBAL PARTNERS, INC., PERMIRA ADVISORS LLC, PROVIDENCE EQUITY PARTNERS INC., SILVER LAKE PARTNERS, TEXAS PACIFIC GROUP, THOMAS H. LEEPARTNERS, L.P. and WARBURG PINCUS LLC<br><br>Defendants. | Case No. 07-cv-12388-EFH |

**DEFENDANT BAIN CAPITAL PARTNERS, LLC'S
CORPORATE DISCLOSURE STATEMENT
<u>UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 & LOCAL RULE 7.3</u>**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.3, defendant Bain Capital Partners, LLC states that Bain Capital, LLC is its sole member, and no publicly-held company owns 10% or more of Bain Capital, LLC.

        BAIN CAPITAL PARTNERS, LLC,

        By its attorneys,

        /s/ Michael T. Marcucci
        John D. Hanify, BBO# 219880
        Michael T. Marcucci, BBO# 652186
        HANIFY & KING
        One Beacon Street
        Boston, Massachusetts 02108
        Tel: 617-423-0400

Dated:  February 28, 2008

**Certificate of Service**

      I hereby certify that I have this 28th day of February 2008 filed the foregoing Corporate Disclosure Statement through the Court's e-filing system. Service will be effected electronically upon those counsel registered with the Court's CM/ECF system listed on the Notice of Electronic Filing. Paper copies will be mailed to:

David E. Marder
Robins, Kaplan, Miller & Ciresi LLP
800 Boylston Street, 25th Floor
Boston, MA 02199

                                            /s/ Michael T. Marcucci
                                            Michael T. Marcucci

::ODMA\PCDOCS\DOCS\491759\1