BRANSTETTER, STRANCH & JENNINGS, PLLC
ATTORNEYS AT LAW
227 SECOND AVENUE NORTH
FOURTH FLOOR
NASHVILLE, TENNESSEE 37201-1631
TELEPHONE (615) 254-8801
FACSIMILE (615) 250-3937

CECIL D. BRANSTETTER, SR.
C. DEWEY BRANSTETTER, JR.
RANDALL C. FERGUSON
R. JAN JENNINGS *
JOE P. LENISKI, JR.
DONALD L. SCHOLES
JAMES G. STRANCH, III
J. GERARD STRANCH, IV
JANE B. STRANCH

*ALSO ADMITTED IN GA

ASSOCIATES:
B. DENARD MICKENS
STEVEN J. SIMERLEIN *
STACEY K. SKILLMAN **
MIKE STEWART
J. D. STUART
MICHAEL J. WALL

OF COUNSEL:
ROBERT J. RICHARDSON, JR. ***

*ALSO ADMITTED IN CA
**ALSO ADMITTED IN KY
***ONLY ADMITTED IN OH

July 22, 2009

*Via Electronic Mail*

Carrie M. Anderson
Weil, Gotshal & Manges LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

In re: *Klein et al v. Bain Capital Partners, LLC et al*
Case No. 1:07-cv-12388-EFH

Dear Ms. Anderson,

    I wanted to follow up on my letter of yesterday to ask about your document production. According to our records it appears that you have produced approximately 12 documents. If this is correct, could you let me know when you plan to produce the bulk of documents responsive to our requests? If this is not correct and you have produced more documents, could you let me know when that production was made so that I may investigate this discrepancy and review the production? I look forward to hearing from you soon.

Yours very truly,

Michael G. Stewart

MGS/tlh

{004190/08103/00166265.DOC / Ver.1}

Exhibit 2