UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BAIN CAPITAL PARTNERS, LLC, et al.,<br><br>Defendants. | Lead Case No. 1:07-cv-12388-EFH<br>**(Consolidated)**<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION TO COMPEL
DEFENDANT JP MORGAN CHASE & CO. TO PRODUCE
DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED**

Now come the Plaintiffs pursuant to Rule 37 of the Federal Rules of Civil Procedure and respectfully request that this Court order Defendant JP Morgan Chase & Co. ("JP Morgan") to produce documents that it has improperly withheld as privileged. Specifically, Plaintiffs ask that JP Morgan be directed to produce:

1. All documents logged as protected by the attorney-client privilege that were disclosed to third parties, including JP Morgan in its capacity as a financial advisor.

2. All documents withheld pursuant to JP Morgan's erroneous interpretation of the common interest doctrine.

3. All documents for which JP Morgan has not identified all recipients on its privilege logs, referring instead to recipients by way of a distribution list.

In support of this Motion, Plaintiffs submit the accompanying memorandum of law (filed under seal) and the Declaration of Lisa A. Furnald with attached exhibits. A Proposed Order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that this Court grant this motion to compel and order further relief as the Court deems just and appropriate.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiffs respectfully request oral argument on this Motion.

Dated: March 25, 2010

/s/ Stacey P. Slaughter
K. Craig Wildfang (admitted *pro hac vice*)
Stacey P. Slaughter (admitted *pro hac vice*)
George D. Carroll (admitted *pro hac vice*)
Lauren E. Schrero (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 LaSalle Avenue, 2800 LaSalle Plaza
Minneapolis, MN 55402-2015
(612) 349-8500

Lisa A. Furnald (BBO # 631059)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300

        Christopher M. Burke (admitted *pro hac vice*)
        Arthur L. Shingler III (admitted *pro hac vice*)
        Kristen M. Anderson (admitted *pro hac vice*)
        SCOTT + SCOTT LLP
        600 B Street, Suite 1500
        San Diego, CA 92101
        (619) 233-4565

        David R. Scott (admitted *pro hac vice*)
        Walter W. Noss (admitted *pro hac vice*)
        SCOTT + SCOTT LLP
        108 Norwich Avenue
        Colchester, CT 06415
        (860) 537-3818

        Jack Landskroner (admitted *pro hac vice*)
        Paul Grieco (admitted *pro hac vice*)
        LANDSKRONER • GRIECO • MADDEN, LTD.
        1360 West 9th Street, Suite 200
        Cleveland, OH 44113
        (216) 522-9000

        Patrick J. Coughlin (of counsel)
        Susan G. Taylor (admitted *pro hac vice*)
        David W. Mitchell (admitted *pro hac vice*)
        Elisabeth A. Bowman (admitted *pro hac vice*)
        Samantha A. Smith (admitted *pro hac vice*)
        COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA 92101
        (619) 231-1058

        Brian Robbins (admitted *pro hac vice*)
        George Aguilar (admitted *pro hac vice*)
        ROBBINS UMEDA LLP
        600 B Street, Suite 1900
        San Diego, CA 92101
        (619) 525-3990

        Richard Lockridge (admitted *pro hac vice*)

Charles N. Nauen (admitted *pro hac vice*)
Karen Riebel (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
Suite 2200
100 Washington Avenue South
Minneapolis, MN  55401
(612) 339-6900

Dennis Stewart (of counsel)
HULETT HARPER STEWART, LLP
550 West C Street, Suite 1600
San Diego, CA  92101
(619) 338-1133

J. Gerard Stranch, IV (admitted *pro hac vice*)
BRANSTETTER, STRANCH & JENNINGS, PLLC
227 Second Avenue, North – 4th Floor
Nashville, TN  37201-1631
(615) 254-8801

Jayne A. Goldstein (of counsel)
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326
(954) 515-0123

Mark Reinhardt (of counsel)
REINHARDT WENDORF & BLANCHFIELD
P.O. Box 460
2201 Atlantic Avenue
Sullivan's Island, SC 29482
(651) 287-2100

Nadeem Faruqi (of counsel)
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, NY 10017
(212) 983-9330

Attorneys for Plaintiffs

## LOCAL RULES 7.1 and 37.1
## STATEMENT

The undersigned hereby certifies that Plaintiffs' counsel have conferred with counsel for JP Morgan Chase & Co. and have attempted in good faith to resolve or narrow the issues raised by this Motion.

/s/ Lisa A. Furnald
Lisa A. Furnald (BBO # 631059)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2010, I caused Plaintiffs' Motion to Compel Defendant JP Morgan Chase & Co. to Produce Documents Improperly Withheld as Privileged to be served via the Electronic Filing system on all of Defendants' counsel of record and via e-mail on all defense counsel who have agreed to accept service via email at defendantsprivateequity@scott-scott.com.

/s/ Lisa A. Furnald
Lisa A. Furnald (BBO # 631059)
ROBINS, KAPLAN, MILLER & CIRESI LLP
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300