# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>BAIN CAPITAL PARTNERS, LLC, et al.,<br><br>Defendants | PLACEHOLDER FOR MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT JP MORGAN CHASE & CO. TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED<br><br>Lead Case Number: 1:07-cv-12388-EFH |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

  MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT JP MORGAN CHASE & CO. TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD AS PRIVILEGED

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal pursuant to a court order* (Document number of protective order: 251 )

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
  (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.