# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br>　　　　　　　Plaintiffs | Lead Case Number: 1:07-cv-12388-EFH<br>**(Consolidated)** |
| v. | <u>CLASS ACTION</u> |
| BAIN CAPITAL PARTNERS, LLC, et al.,<br>　　　　　　　Defendants | |

PLACEHOLDER FOR FIFTH AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL ANTITRUST LAWS

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

FIFTH AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL ANTITRUST LAWS

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document
　　* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal pursuant to a court order
　　* (Pursuant to First Amended Stipulated Protective Order Dkt. 251)

___ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: ___ )

___ Other (description):
　　* Filing of these items requires Judicial Approval.

83151454.1