## UNITED STATE DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., ) | |
| ) | |
| Plaintiffs, ) | No. 1:07-cv-12388-EFH |
| ) | |
| v. ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| BAIN CAPITAL PARTNERS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' OMNIBUS MOTION FOR SUMMARY JUDGMENT
### AS TO COUNT ONE OF THE FIFTH AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 56 and Local Rules 56.1 and 7.1, Defendants, through their

undersigned counsel, respectfully move for summary judgment as to Count One of Plaintiffs'

Fifth Amended Complaint ("5AC").  As grounds for this motion, Defendants respectfully state

that after significant merits discovery, Plaintiffs have failed to meet their burden as required

under well-established legal principles applicable to summary judgment motions in antitrust

conspiracy cases and, therefore, Defendants are entitled to judgment as a matter of law on the

claims asserted in Count One of the 5AC.

In support of this motion, Defendants rely on the following documents, all of which are

being filed under seal contemporaneously herewith pursuant to this Court's Order of July 2, 2012

(granting Docket No. 605):  (i) Defendants' Memorandum in Support of Their Omnibus Motion

for Summary Judgment as to Count One of the Fifth Amended Complaint; (ii) Defendants' Local

Rule 56.1 Statement of Material Facts as to Which There is No Genuine Issue to be Tried; (iii)

the Declaration of Joseph Tringali in Support of Defendants' Omnibus Motion for Summary

Judgment as to Count One of the Fifth Amended Complaint (together with the exhibits thereto);

and (iv) the Declaration of Professor Paul A. Gompers (together with the exhibit thereto).

**WHEREFORE,** for all of the above-stated reasons, Defendants respectfully request that this motion be **ALLOWED**, and that the Court grant the following relief:

(i)     Enter judgment for Defendants dismissing Count One of the 5AC with prejudice; and

(ii)    Such other and further relief as this Court deems just and appropriate.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Defendants respectfully request a hearing for the presentation of oral argument regarding the present Motion for Summary Judgment.

Dated:  Boston, Massachusetts            Respectfully Submitted,
       July 23, 2012

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1688
kmcginty@mintz.com

Jonathan Rosenberg (admitted *pro hac vice*)
Abby F. Rudzin (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

Ian Simmons (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001

***Attorneys for Apollo Global Management, LLC***

/s/ Michael T. Marcucci
John D. Hanify (BBO# 219880)
Michael T. Marcucci (BBO# 652186)
Jones Day
100 High Street
Boston, MA 02110
(617) 342-8100
jhanify@jonesday.com
mmarcucci@jonesday.com

*Of Counsel*
Craig S. Primis, P.C. (admitted *pro hac vice*)
David R. Dempsey (admitted *pro hac vice*)
Katherine Katz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005

James H. Mutchnik, P.C. (admitted *pro hac vice*)
Cody D. Rockey
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

**Attorneys for Bain Capital Partners, LLC**

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Peter Thomas (admitted *pro hac vice*)
Hillary C. Mintz (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
(202) 636-5500

Kevin J. Arquit (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

**Attorneys for The Blackstone Group, L.P.**

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7566
john.donovan@ropesgray.com

*Of Counsel*
Gandolfo V. DiBlasi (admitted *pro hac vice*)
Richard C. Pepperman II (*pro hac vice* pending)
Stephanie G. Wheeler (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

**Attorneys for The Goldman Sachs Group, Inc.**

/s/ James R. Carroll
James R. Carroll (BBO# 554426)
Kurt Wm. Hemr (BBO# 638742)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
jcarroll@skadden.com
khemr@skadden.com

*Of Counsel*
Peter  E. Greene
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

**Attorneys for J.P. Morgan Chase & Co.**

4

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Joseph F. Tringali (admitted *pro hac vice*)
Paul C. Gluckow (admitted *pro hac vice*)
Ryan A. Kane (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

**Attorneys for Kohlberg Kravis Roberts & Co. L.P.**

/s/ Carrie M. Anderson
Carrie M. Anderson (BBO #637125)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005
(202) 682-7000
carrie.anderson@weil.com

*Of Counsel*
James C. Egan, Jr. (admitted *pro hac vice*)
John E. Scribner (admitted *pro hac vice*)
Jeff L. White (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005

**Attorneys for Providence Equity Partners**

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 2111
(617) 542-6000
 kmcginty@mintz.com

*Of Counsel*

Wesley R. Powell (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Norman P. Ostrove (admitted *pro hac vice*)
Nicole M. Naples (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
Tel: (212) 728-8264
wpowell@willkie.com

**Attorneys for Silver Lake Technology
Management LLC**

/s/ William R. Sherman
William R. Sherman (admitted *pro hac vice)*
E. Marcellus Williamson (admitted *pro hac vice)*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
(202) 637-2200 (Telephone)
(202) 637-2201 (Fax)
william.sherman@lw.com

**Attorneys for TC Group III, L.P. and TC
Group IV, L.P.**

/s/_Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
(617) 772-8335
thomas.frongillo@weil.com

*Of Counsel*
James W. Quinn (admitted *pro hac vice*)
David R. Fertig (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

**Attorneys for Thomas H. Lee Partners, L.P.**

s/John A. Freedman
John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5316
John.Freedman@aporter.com

*Of Counsel*
William J. Baer (admitted *pro hac vice*)
Franklin R. Liss (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
-and-
H. Lee Godfrey (admitted *pro hac vice*)
Mary Kathryn Sammons (admitted *pro hac vice*)
Erica W. Harris (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

**Attorneys for TPG Capital, L.P.**

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiffs and attempted in good faith to resolve the matter presented by this motion, but was unable to do so.

/s/ Kevin M. McGinty
Kevin M. McGinty

## CERTIFICATE OF SERVICE

I, Kevin M. McGinty, hereby certify that on July 23, 2012, the foregoing document was served upon the attorneys of record for each party by transmission through the Court's electronic case filing system.

/s/ Kevin M. McGinty
Kevin M. McGinty