```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
- - - - - - - - - - - - - - - - - - - - - - - - -x
KIRK DAHL, et al.,                               :
                                                 :
            Plaintiffs,                          :
                                                 :
      v.                                         :   Civil Action
                                                 :   No. 07-cv-12388-EFH
BAIN CAPITAL PARTNERS, LLC, et al.,              :
                                                 :
            Defendants.                          :
- - - - - - - - - - - - - - - - - - - - - - - - -x
```

**NOTICE OF MANUAL FILING WITH CLERK'S OFFICE**

Notice is hereby given that the documents listed below have been manually filed with the Court under seal pursuant to the First Amended Stipulated Protective Order in the above-referenced civil action (Docket #251), the Order granting leave to file under seal entered by the Court on July 2, 2012 and are available in paper form only:

1. Defendants' Memorandum in Support of their Omnibus Motion for Summary Judgment.

2. Defendants' Local Rule 56.1 Statement of Material Facts as to which there is no genuine issue to be tried.

3. Declaration of Joseph Tringali in Support of Defendants' Omnibus Motion for Summary Judgment as to Count One of the Fifth Amended Complaint.

4. Declaration of Paul A. Gompers

The original document is maintained in the case file in the Clerk's office.

Dated: Boston, Massachusetts
       July 23, 2012

<div style="columns:2">

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Jonathan Rosenberg (admitted pro hac vice)
Abby F. Rudzin (admitted pro hac vice)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

Richard Parker
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington D.C. 20006

***Attorneys for Apollo Global Management L.L.C.***

/s/ John D. Hanify
John D. Hanify (BBO# 219880)
Michael T. Marcucci (BBO# 652186)
JONES DAY
100 High Street
Boston, MA 02110
(617) 960-3939
jhanify@jonesday.com
mmarcucci@jonesday.com

*Of Counsel*
Craig S. Primis, P.C. (admitted pro hac vice)
David R. Dempsey
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005

James H. Mutchnik, P.C. (admitted pro hac vice)
Catherine E. Fazio
Jennifer W. Cowen
KIRKLAND & ELLIS LLP

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P .C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Kevin Arquit (admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Peter C. Thomas (admitted pro hac vice)
Hillary C. Mintz (admitted pro hac vice)
Abram J. Ellis (admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004

***Attorneys for The Blackstone Group L.P.***

s/ William R. Sherman
William R. Sherman (admitted pro hac vice)
E. Marcellus Williamson (admitted pro hac vice)
LATHAM & WATKINS LLP
555 11th Street, NW
Washington, DC 20004-1304
(202) 637-2200
william.sherman@lw.com
marc.williamson@lw.com

Kenneth Conboy (admitted pro hac vice)
LATHAM & WATKINS LLP
885 Third Avenue, Suite 1000
New York, NY 10022-4834

***Attorneys for TC Group III, L.P. and TC Group IV, L.P.***

</div>

300 North LaSalle
Chicago, IL 60654

***Attorneys for Bain Capital Partners, L.L.C.***


/s/ Stephanie G. Wheeler
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7566
john.donovan@ropesgray.com

*Of Counsel*
Gandolfo V. DiBlasi (admitted pro hac vice)
Richard C. Pepperman II (admitted pro hac vice)
Stephanie G. Wheeler (admitted pro hac vice)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004

***Attorneys for The Goldman Sachs Group, Inc.***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Joseph F. Tringali (admitted pro hac vice)
Paul C. Gluckow (admitted pro hac vice)
Ryan A. Kane (admitted pro hac vice)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

***Attorneys for Kohlberg Kravis Roberts
& Co. L.P.***

/s/ James R. Carroll
James R. Carroll (BBO# 554426)
Kurt Wm. Hemr (BBO# 638742)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
jcarroll@skadden.com
khemr@skadden.com

*Of Counsel*
Peter E. Greene
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

***Attorneys for J.P. Morgan Chase & Co.***

/s/ Carrie M. Anderson
Carrie M. Anderson (BBO# 637125)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005
(202) 682-7231
Carrie.Anderson@weil.com

*Of Counsel*
Steven A. Newborn (admitted pro hac vice)
James C. Egan, Jr. (admitted pro hac vice)
John E. Scribner (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005

***Attorneys for Providence Equity Partners
Inc.***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Wesley R. Powell (admitted pro hac vice)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

***Attorneys for Silver Lake Technology Management, L.L.C.***

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
(617) 772-8335
thomas.frongillo@weil.com

*Of Counsel*
James W. Quinn (admitted pro hac vice)
David R. Fertig (admitted pro hac vice)
Eric S. Hochstadt (admitted pro hac vice)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

***Attorneys for Thomas H. Lee Partners, L.P.***

/s/ John A. Freedman
John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5316
John.Freedman@aporter.com

*Of Counsel*
William J. Baer (admitted pro hac vice)
Franklin R. Liss (admitted pro hac vice)
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

H. Lee Godfrey (admitted pro hac vice)
Mary Kathryn Sammons (admitted pro hac vice)
Erica W. Harris (admitted pro hac vice)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

***Attorneys for TPG Capital, L.P.***

**CERTIFICATE OF SERVICE**

    I, Kevin M. McGinty, hereby certify that on July 23, 2012, a true and correct copy of the foregoing document was served upon the attorney of record for each party by transmission through the Court's electronic case filing system.

    /s/ Kevin M. McGinty
    Kevin M. McGinty