UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
KIRK DAHL, et al., :
:
           Plaintiffs, :
:
      v. : Civil Action
: No. 07-cv-12388-EFH
BAIN CAPITAL PARTNERS, LLC, et al., :
:
           Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below have been manually filed with the Court under seal pursuant to the First Amended Stipulated Protective Order in the above-referenced civil action (Docket #251), the Order granting leave to file under seal entered by the Court on July 2, 2012 and are available in paper form only:

    1.    Defendant Apollo Global Management LLC's Memorandum in Support of their Motion for Summary Judgment.

    2.    Defendant Apollo Global Management LLC's Local Rule 56.1 Statement of Material Facts as to which there is no genuine issue to be tried.

The original document is maintained in the case file in the Clerk's office.

Dated: Boston, Massachusetts
       July 23, 2012

                                              /s/ Kevin M. McGinty
                                              Kevin M. McGinty (BBO# 556780)
                                              MINTZ, LEVIN, COHN, FERRIS,
                                              GLOVSKY AND POPEO, P.C.
                                              One Financial Center
                                              Boston, MA 02111
                                              (617) 542-6000
                                              kmcginty@mintz.com

*Of Counsel*
Jonathan Rosenberg (admitted pro hac vice)
Abby F. Rudzin (admitted pro hac vice)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

Richard Parker
Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington D.C. 20006

***Attorneys for Apollo Global Management L.L.C.***

## CERTIFICATE OF SERVICE

I, Kevin M. McGinty, hereby certify that on July 23, 2012, a true and correct copy of the foregoing document was served upon the attorney of record for each party by transmission through the Court's electronic case filing system.

/s/ Kevin M. McGinty
Kevin M. McGinty