UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BAIN CAPITAL PARTNERS, LLC, et al.,<br><br>　　　　　　　Defendants. | Lead Case No. 1:07–cv-12388–EFH<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' MOTION TO STRIKE THE EXPERT REPORTS OF
PAUL A. GOMPERS, Ph.D. AND PROFESSOR KEVIN M. MURPHY, Ph.D.**

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiffs respectfully submit this Motion to Strike the Expert Reports of Paul A. Gompers, Ph.D. ("Gompers Report") and Professor Kevin M. Murphy, Ph.D. ("Murphy Report").

As explained more fully in Plaintiffs' Memorandum in Support of Motion to Strike the Expert Reports of Paul A. Gompers, Ph.D. and Professor Kevin M. Murphy, Ph.D. (the "Memorandum"), the Gompers and Murphy Reports are inadmissible and irrelevant because they do not contain any economic analysis, address information that a jury can understand independently, and improperly usurp the factfinder's role by weighing evidence.

Plaintiffs respectfully request that the Court grant their motion to strike the expert reports in their entirety, and order further relief as the Court deems just and appropriate.

Respectfully submitted,

Dated:  August 22, 2012

/s/ Roberta A. Yard
ROBERTA A. YARD
   (admitted *pro hac vice*)
MARK REINHARDT
   (admitted *pro hac vice*)
**REINHARDT WENDORF**
   **& BLANCHFIELD**
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
Telephone: (651) 287-2100

CHRISTOPHER M. BURKE
   (admitted *pro hac vice*)
WALTER W. NOSS
   (admitted pro hac vice)
KRISTEN M. ANDERSON
   (admitted *pro hac vice*)
**SCOTT + SCOTT LLP**
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
(619) 233-0508 (fax)

K. CRAIG WILDFANG
   (admitted *pro hac vice*)
THOMAS J. UNDLIN
   (admitted *pro hac vice*)
STACEY P. SLAUGHTER
   (admitted *pro hac vice*)
GEORGE D. CARROLL
   (admitted *pro hac vice*)
**ROBINS, KAPLAN, MILLER & CIRESI**
   **L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
(612) 339-4181 (fax)
SPSlaughter@rkmc.com

LISA A. FURNALD (BBO #631059)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
800 Boylston Street, 25th Floor
Boston, MA 02199
Telephone: (617) 267-2300
(617) 267-8288 (fax)
lafurnald@rkmc.com

RICHARD LOCKRIDGE
   (admitted *pro hac vice*)
CHARLES N. NAUEN
   (admitted *pro hac vice*)
KAREN H. RIEBEL
   (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
khriebel@locklaw.com

DAVID R. SCOTT
   (admitted *pro hac vice*)
**SCOTT + SCOTT LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
(860) 537-4432 (fax)

TYLER W. HUDSON
   (admitted *pro hac vice*)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816) 701-1177

J. GERARD STRANCH, IV
   (admitted *pro hac vice*)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
227 Second Avenue North, 4th Floor
Nashville, TN 37201
Telephone: (615) 254-8801

JACK LANDSKRONER
    (admitted *pro hac vice*)
PAUL GRIECO
    (admitted *pro hac vice*)
**LANDSKRONER GRIECO**
    **MADDEN, LLC**
1360 West 9th Street, Suite 200
Cleveland, OH 44113

BRIAN J. ROBBINS
    (admitted *pro hac vice*)
GEORGE AGUILAR
    (admitted *pro hac vice*)
**ROBBINS UMEDA LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (612)525-3990

DAVID W. MITCHELL
    (admitted *pro hac vice*)
SUSAN G. TAYLOR
    (admitted *pro hac vice*)
PHONG L. TRAN
    (admitted *pro hac vice*)
PATRICK COUGHLIN
    (admitted *pro hac vice*)
**ROBBINS GELLER RUDMAN**
    **& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619)231-1058

BRIAN P. MURRAY (Of Counsel)
**MURRAY, FRANK & SAILER LLP**
275 Madison Avenue, Suite 801
New York, NY 10016
Telephone: (212)682-1818

DENNIS STEWART (Of Counsel)
**HULETT HARPER STEWART, LLP**
525 B Street, Suite 760
San Diego, CA 92101
Telephone: (619)338-1133

        JAYNE A. GOLDSTEIN
          (admitted *pro hac vice*)
        **SHEPHERD, FINKELMAN MILLER**
          **& SHAH, LLP**
        1640 Town Center Circle, Suite 216
        Weston, FL 33326
        Telephone: (816)701-1177

        NADEEM FARUQUI (Of Counsel)
        **FARUQUI & FARUQUI, LLP**
        369 Lexington Avenue, 10th Fl.
        New York, New York 10017
        Telephone: (212)983-9330

## LOCAL RULE 7.1 (E) REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby request oral argument on this Motion.

## LOCAL RULE 7.1 STATEMENT

The undersigned hereby certifies that Plaintiffs' counsel conferred with counsel for Defendants and attempted in good faith to resolve or narrow the issues raised by this Motion.

Dated:   August 22, 2012         /s/ Roberta A. Yard
                                                    ROBERTA A. YARD
                                                         (admitted *pro hac vice*)
                                                       MARK REINHARDT
                                                       (admitted *pro hac vice*)
                                                    **REINHARDT WENDORF**
                                                          **& BLANCHFIELD**
                                                       E-1250 First National Bank Building
                                                       332 Minnesota Street
                                                       St. Paul, MN 55101
                                                       Telephone: (651) 287-2100

## CERTIFICATE OF SERVICE

I, Roberta A. Yard, hereby certify that on August 22, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted in the Electronic Mail Notice List.

Paper copies will be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

Dated:   August 22, 2012           /s/ Roberta A. Yard
                                                                     ROBERTA A. YARD
                                                                         (admitted *pro hac vice*)
                                                                     MARK REINHARDT
                                                                         (admitted *pro hac vice*)
                                                                    **REINHARDT WENDORF**
                                                                          **& BLANCHFIELD**
                                                                     E-1250 First National Bank Building
                                                                     332 Minnesota Street
                                                                     St. Paul, MN 55101
                                                                     Telephone: (651) 287-2100

83312589.1