UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., <br> Individually and on Behalf of All Others <br> Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAIN CAPITAL PARTNERS, LLC, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:07-cv-12388-EFH <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' JOINT MOTION FOR LEAVE TO FILE SUR-REPLY
MEMORANDUM CONCERNING THE NEW YORK TIMES' MOTION TO UNSEAL
THE FIFTH AMENDED COMPLAINT AND ITS ASSOCIATED EXHIBITS**

Pursuant to Local Rule 7.1(B)(3), Defendants respectfully request that the Court grant Defendants leave to file a sur-reply concerning the New York Times' (the "Times") motion to intervene and unseal the Fifth Amended Complaint and associated exhibits. (*See* New York Times Proposed Reply in Support of Motion to Intervene [Dkt. 707-1].)  The Court granted leave for both the Times and Plaintiffs to file reply briefs, and defendants believe it would be helpful to the Court to address the arguments raised in those pleadings.  Moreover, Defendants have filed a redacted complaint under separate cover.  The sur-reply for which Defendants request leave to file provides context for those redactions and responds to arguments that the Times and Plaintiffs made for the first time in their reply briefs.

For the foregoing reasons, Defendants respectfully request that their motion for leave to file the sur-reply attached as Exhibit A be granted.

## L.R. 7.1 CERTIFICATION

Defendants' counsel certifies under L.R. 7.1 that they met and conferred with the Times' and plaintiffs' counsel on September 10, 2012. Despite each side's good faith efforts, the parties to this motion were unable to narrow or agree upon the issues presented in this briefing.

Dated: Boston, Massachusetts
September 10, 2012

          Respectfully Submitted

          /s/ Kevin M. McGinty
          Jonathan Rosenberg (admitted *pro hac vice*)
          Abby F. Rudzin (admitted *pro hac vice*)
          O'MELVENY & MYERS LLP
          7 Times Square
          New York, NY 10036

          -and-

          Kevin M. McGinty (BBO # 556780)
          Robert O. Sheridan (BBO # 673829)
          MINTZ, LEVIN, COHN, FERRIS,
          GLOVSKY and POPEO, P.C.
          One Financial Center
          Boston, MA 02111
          (617) 542-6000
          kmcginty@mintz.com
          rsheridan@mintz.com

          *Attorneys for Apollo Global Management, L.L.C.*

          /s/ Michael T. Marcucci
          John D. Hanify (BBO# 219880)
          Michael T. Marcucci (BBO# 652186)
          Jones Day
          100 High Street
          Boston, MA 02110
          (617) 342-8100
          jhanify@jonesday.com
          mmarcucci@jonesday.com

*Of Counsel*
Craig S. Primis, P.C. (admitted *pro hac vice*)
David R. Dempsey (admitted *pro hac vice*)
Katherine Katz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005

James H. Mutchnik, P.C. (admitted *pro hac vice*)
Cody D. Rockey
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

*Attorneys for Bain Capital Partners, LLC*

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Kevin J. Arquit (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Peter C. Thomas (admitted *pro hac vice*)
Hillary C. Mintz (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004

*Attorneys for The Blackstone Group, L.P.*

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7566
john.donovan@ropesgray.com

*Of Counsel*
Gandolfo V. DiBlasi (admitted *pro hac vice*)
Richard C. Pepperman II (admitted *pro hac vice*)
Stephanie G. Wheeler (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

***Attorneys for The Goldman Sachs Group, Inc.***

/s/ James R. Carroll
James R. Carroll (BBO# 554426)
Kurt Wm. Hemr (BBO# 638742)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
jcarroll@skadden.com
khemr@skadden.com

*Of Counsel*
Peter E. Greene
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

***Attorneys for J.P. Morgan Chase & Co.***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Joseph F. Tringali (admitted *pro hac vice*)
Paul C. Gluckow (admitted *pro hac vice*)
Ryan A. Kane (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

**Attorneys for Kohlberg Kravis Roberts & Co. L.P.**

/s/ Carrie M. Anderson
Carrie M. Anderson (BBO # 637125)
John E. Scribner (admitted *pro hac vice*)
Jeff L. White (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
(202) 682-7000
carrie.anderson@weil.com

*Of Counsel*
James C. Egan, Jr. (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

**Attorneys for Providence Equity Partners Inc.**

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY and POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Wesley R. Powell (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
Tel: (212) 728-8264
wpowell@willkie.com

***Attorneys for Silver Lake Technology Management LLC***

/s/ William R. Sherman
William R. Sherman (admitted *pro hac vice)*
E. Marcellus Williamson (admitted *pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
(202) 637-2200 (Telephone)
(202) 637-2201 (Fax)
william.sherman@lw.com

Kenneth Conboy (admitted *pro hac vice)*
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY  10022-4834
(212) 906-1850 (Telephone)

***Attorneys for TC Group III, L.P. and TC Group IV, L.P.***

/s/_ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
(617) 772-8335
thomas.frongillo@weil.com

*Of Counsel*
James W. Quinn (admitted *pro hac vice*)
David R. Fertig (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

**Attorneys for Thomas H. Lee Partners, L.P.**

/s/ John A. Freedman
John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5316
John.Freedman@aporter.com

*Of Counsel*
William J. Baer (admitted *pro hac vice*)
Franklin R. Liss (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
-and-
H. Lee Godfrey (admitted *pro hac vice*)
Erica W. Harris (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

**Attorneys for TPG Capital, L.P.**

**CERTIFICATE OF SERVICE**

    I, Kevin M. McGinty, hereby certify that on September 10, 2012, a true and correct copy of the foregoing document was served upon the attorney of record for each party by transmission through the Court's electronic case filing system.

          /s/ Kevin M. McGinty
          Kevin M. McGinty