# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated, <br><br>Plaintiffs, <br><br>v. <br><br>BAIN CAPITAL PARTNERS, LLC, et al., <br><br>Defendants. | No. 1:07-cv-12388-EFH |

**DEFENDANTS' MEMORANDUM IN FURTHER OPPOSITION
TO THE NEW YORK TIMES' MOTION TO INTERVENE AND UNSEAL
PLAINTIFFS' FIFTH AMENDED COMPLAINT**

## ARGUMENT

In its motion to intervene, the New York Times asked the Court to unseal defendants' confidential, competitively-sensitive information by releasing the Fifth Amended Complaint and its associated "exhibits" to the public. On September 14, 2012, the Court denied the Times' request as to the documents cited in the Fifth Amended Complaint and ordered defendants to submit another brief concerning the redactions in the complaint, explaining how "the specific redacted material is" confidential and "important to their interests." (Mem. & Order at 6 [Dkt. 733].) Defendants had previously redacted portions of the Fifth Amended Complaint that contain information designated confidential under the Court-approved protective order. Plaintiffs never challenged any of those designations prior to this briefing, and defendants believed—and still believe—that the information that they previously redacted in the Fifth Amended Complaint is confidential.

Over the last three weeks, defendants undertook an extensive review of the Fifth Amended Complaint and re-assessed each of their proposed redactions in light of the Court's order. With the benefit of the Court's guidance, defendants now submit with this brief an updated and substantially reduced set of proposed redactions. This more limited set of redactions easily meets the standards identified by the Court by protecting defendants' interests in the confidentiality of their competitively-sensitive business information while at the same time allowing public access to the complaint. *See* Mem. & Order at 4 [Dkt. 733] (noting that the Court must weigh defendants' "private interests [in confidentiality] against the presumption of access in determining whether the redacted text of the Complaint shall remain sealed"); *Standard Inv. Chartered, Inc. v. Nat'l Ass'n of Secs. Dealers, Inc.*, 07 CIV. 2014 (SWK), 2008 WL 199537, at *16 (S.D.N.Y. Jan. 22, 2008) ("[W]holesale publication of motion papers is not

required if the papers quote from or contain references to confidential information…. [R]edaction is often a practical, narrowly tailored strategy for balancing the interest in public access and the interest of one or both parties in the confidentiality of sensitive information."). Although defendants believe their initial proposed redactions were valid under the protective order, the current set of proposed redactions, if approved by the Court, will release most of the previously redacted information in light of the Court's ruling that quotations from discovery material are subject to a presumption of public access. Defendants also believe that it would be better to make this material public than to engage in further litigation over the issue, possibly resulting in allegations being reported incorrectly and without the proper context.

As the Court requested, defendants with remaining redactions to the Fifth Amended Complaint are submitting a chart detailing each of those redactions and explaining why the redacted information is in fact confidential and how its disclosure would prejudice those defendants' business interests. The chart also provides case support for each redaction. (*See* Ex. A.) In addition, defendants are submitting a copy of the Fifth Amended Complaint that highlights the confidential portions of that document that defendants believe should remain redacted (Ex. B); defendants propose that a final, redacted version of the Fifth Amended Complaint be filed once the Court rules on those redactions.

Dated: Boston, Massachusetts
October 5, 2012

Respectfully Submitted

/s/ Kevin M. McGinty
Jonathan Rosenberg (admitted *pro hac vice*)
Abby F. Rudzin (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

-and-

Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Attorneys for Apollo Global Management, L.L.C.*

/s/ Michael T. Marcucci
John D. Hanify (BBO# 219880)
Michael T. Marcucci (BBO# 652186)
Jones Day
100 High Street
Boston, MA 02110
(617) 960-3939
jhanify@jonesday.com
mmarcucci@jonesday.com

3

*Of Counsel*
Craig S. Primis, P.C. (admitted *pro hac vice*)
David R. Dempsey (admitted *pro hac vice*)
Katherine Katz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005

James H. Mutchnik, P.C. (admitted *pro hac vice*)
Cody D. Rockey
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

***Attorneys for Bain Capital Partners, LLC***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Kevin J. Arquit (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

Peter C. Thomas (admitted *pro hac vice*)
Hillary C. Mintz (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004

***Attorneys for The Blackstone Group, L.P.***

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7566
john.donovan@ropesgray.com

*Of Counsel*
Gandolfo V. DiBlasi (admitted *pro hac vice*)
Richard C. Pepperman II (admitted *pro hac vice*)
Stephanie G. Wheeler (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

***Attorneys for The Goldman Sachs Group, Inc.***

/s/ James R. Carroll
James R. Carroll (BBO# 554426)
Kurt Wm. Hemr (BBO# 638742)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
jcarroll@skadden.com
khemr@skadden.com

*Of Counsel*
Peter E. Greene
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

***Attorneys for J.P. Morgan Chase & Co.***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Joseph F. Tringali (admitted *pro hac vice*)
Paul C. Gluckow (admitted *pro hac vice*)
Ryan A. Kane (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

**Attorneys for Kohlberg Kravis Roberts & Co. L.P.**

/s/ Carrie M. Anderson
Carrie M. Anderson (BBO # 637125)
John E. Scribner (admitted *pro hac vice*)
Jeff L. White (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005
(202) 682-7000
carrie.anderson@weil.com

*Of Counsel*
James C. Egan, Jr. (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

**Attorneys for Providence Equity Partners Inc.**

6

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO # 556780)
Robert O. Sheridan (BBO # 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com
rsheridan@mintz.com

*Of Counsel*
Wesley R. Powell (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
Tel: (212) 728-8264
wpowell@willkie.com

***Attorneys for Silver Lake Technology Management LLC***

/s/ William R. Sherman
William R. Sherman (admitted *pro hac vice)*
E. Marcellus Williamson (admitted *pro hac vice)*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
(202) 637-2200 (Telephone)
(202) 637-2201 (Fax)
william.sherman@lw.com

***Attorneys for TC Group III, L.P. and TC Group IV, L.P.***

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
(617) 772-8335
thomas.frongillo@weil.com

7

*Of Counsel*
James W. Quinn (admitted *pro hac vice*)
David R. Fertig (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

**Attorneys for Thomas H. Lee Partners, L.P.**

/s/ John A. Freedman
John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5316
John.Freedman@aporter.com

*Of Counsel*
William J. Baer (admitted *pro hac vice*)
Franklin R. Liss (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
-and-
H. Lee Godfrey (admitted *pro hac vice*)
Erica W. Harris (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

**Attorneys for TPG Capital, L.P.**

**CERTIFICATE OF SERVICE**

    I, Kevin M. McGinty, hereby certify that on October 5, 2012, a true and correct copy of the foregoing document was served upon the attorney of record for each party by transmission through the Court's electronic case filing system.

/s/ Kevin M. McGinty<br>
Kevin M. McGinty
