UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------x
KIRK DAHL, et al.,                  :
                                    :
            Plaintiffs,             :
                                    :
      v.                            :    Civil Action
                                    :    No. 07-cv-12388-EFH
BAIN CAPITAL PARTNERS, LLC, et al., :
                                    :
            Defendants.             :
------------------------------------x
```

## NOTICE OF MANUAL FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents listed below, which are exhibits to Defendants' Memorandum in Further Opposition To The New York times' Motion to Intervene and Unseal Plaintiffs' Fifth Amended Complaint (the "Memorandum") have been manually filed with the Court under seal pursuant to the First Amended Stipulated Protective Order in the above-referenced civil action (Docket #251), the Order granting leave to file under seal entered by the Court on September 14, 2012 (Docket #733) and are available in paper form only:

1. Exhibit A to the Memorandum – Defendants' Fifth Amended Complaint Redaction Log

2. Exhibit B to the Memorandum – Fifth Amended Complaint with Highlighted Redactions

The original documents are maintained in the case file in the Clerk's office

Dated:  Boston, Massachusetts           Respectfully Submitted,
        October 5, 2012

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
Robert O. Sheridan (BBO# 673829)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1688
kmcginty@mintz.com

Jonathan Rosenberg (admitted *pro hac vice*)
Abby F. Rudzin (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036

Ian Simmons (admitted *pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001

**Attorneys for Apollo Global Management, LLC**

/s/ Michael T. Marcucci
John D. Hanify (BBO# 219880)
Michael T. Marcucci (BBO# 652186)
Jones Day
100 High Street
Boston, MA 02110
(617) 342-8100
jhanify@jonesday.com
mmarcucci@jonesday.com

*Of Counsel*
Craig S. Primis, P.C. (admitted *pro hac vice*)
David R. Dempsey (admitted *pro hac vice*)
Katherine Katz
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005

James H. Mutchnik, P.C. (admitted *pro hac vice*)
Cody D. Rockey
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654

***Attorneys for Bain Capital Partners, LLC***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
Robert O. Sheridan (BBO# 673829)
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Peter Thomas (admitted *pro hac vice*)
Hillary C. Mintz (admitted *pro hac vice*)
Abram J. Ellis (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
1155 F Street, NW
Washington, DC 20004
(202) 636-5500

3

Kevin J. Arquit (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

***Attorneys for The Blackstone Group, L.P.***

/s/ John D. Donovan, Jr.
John D. Donovan, Jr. (BBO# 130950)
ROPES & GRAY LLP
One International Place
Boston, MA 02110
(617) 951-7566
john.donovan@ropesgray.com

*Of Counsel*
Gandolfo V. DiBlasi (admitted *pro hac vice*)
Richard C. Pepperman II (admitted *pro hac vice*)
Stephanie G. Wheeler (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498

***Attorneys for The Goldman Sachs Group, Inc.***

/s/ James R. Carroll
James R. Carroll (BBO# 554426)
Kurt Wm. Hemr (BBO# 638742)
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
jcarroll@skadden.com
khemr@skadden.com

*Of Counsel*
Peter E. Greene
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
Four Times Square
New York, NY 10036

***Attorneys for J.P. Morgan Chase & Co.***

4

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
Robert O. Sheridan (BBO# 673829)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
kmcginty@mintz.com

*Of Counsel*
Joseph F. Tringali (admitted *pro hac vice*)
Paul C. Gluckow (admitted *pro hac vice*)
Ryan A. Kane (admitted *pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

***Attorneys for Kohlberg Kravis Roberts & Co. L.P.***

/s/ Carrie M. Anderson
Carrie M. Anderson (BBO #637125)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005
(202) 682-7000
carrie.anderson@weil.com

*Of Counsel*
James C. Egan, Jr. (admitted *pro hac vice*)
John E. Scribner (admitted *pro hac vice*)
Jeff L. White (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005

***Attorneys for Providence Equity Partners***

/s/ Kevin M. McGinty
Kevin M. McGinty (BBO# 556780)
Robert O. Sheridan (BBO# 673829)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY
AND POPEO, P.C.
One Financial Center
Boston, MA 2111
(617) 542-6000
 kmcginty@mintz.com

*Of Counsel*

Wesley R. Powell (admitted *pro hac vice*)
Matthew Freimuth (admitted *pro hac vice*)
Norman P. Ostrove (admitted *pro hac vice*)
Nicole M. Naples (admitted *pro hac vice*)
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
Tel: (212) 728-8264
wpowell@willkie.com

***Attorneys for Silver Lake Technology Management LLC***

/s/ William R. Sherman
William R. Sherman (admitted *pro hac vice)*
E. Marcellus Williamson (admitted *pro hac vice)*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC  20004-1304
(202) 637-2200 (Telephone)
(202) 637-2201 (Fax)
william.sherman@lw.com

***Attorneys for TC Group III, L.P. and TC Group IV, L.P.***

/s/ Thomas C. Frongillo
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, MA 02110
(617) 772-8335
thomas.frongillo@weil.com

*Of Counsel*
James W. Quinn (admitted *pro hac vice*)
David R. Fertig (admitted *pro hac vice*)
Eric S. Hochstadt (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

***Attorneys for Thomas H. Lee Partners, L.P.***

/s/ John A. Freedman
John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5316
John.Freedman@aporter.com

*Of Counsel*
William J. Baer (admitted *pro hac vice*)
Franklin R. Liss (admitted *pro hac vice*)
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004
-and-
H. Lee Godfrey (admitted *pro hac vice*)
Mary Kathryn Sammons (admitted *pro hac vice*)
Erica W. Harris (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

***Attorneys for TPG Capital, L.P.***

## CERTIFICATE OF SERVICE

      I, Kevin M. McGinty, hereby certify that on October 5, 2012, the foregoing document was served upon the attorneys of record for each party by transmission through the Court's electronic case filing system.

                                          /s/ Kevin M. McGinty
                                          Kevin M. McGinty

6885360v.1