## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KIRK DAHL, ET AL., Individually and
on Behalf of All Others Similarly Situated,

        Plaintiffs

        v.                              CIVIL ACTION NO.:
                                            07-12388-EFH

BAIN CAPITAL PARTNERS, LLC, ET AL.,

        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

October 10, 2012

HARRINGTON, S.D.J.

    The Defendants should file their newly redacted version of the Fifth Amended Complaint on the Court's public docket upon receipt of this Order.

    SO ORDERED.

                                                /s/ Edward F. Harrington
                                                EDWARD F. HARRINGTON
                                                United States Senior District Judge