## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

KIRK DAHL, ET AL., Individually and
on Behalf of All Others Similarly Situated,

              Plaintiffs

          v.                            CIVIL ACTION NO.:
                                        07-12388-EFH

BAIN CAPITAL PARTNERS, LLC, ET AL.,

              Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM**

October 15, 2012

HARRINGTON, S.D.J.

      In view of the fact that the Plaintiffs have alleged <u>one</u> "overarching" combination, the Court instructs the parties to be prepared to orally argue at the summary judgment hearings the following issues:

      1. The legal consequences, <u>assuming</u> that the Plaintiffs are able to establish <u>one</u> combination, but involving only a limited number of Defendants with respect to a limited number of transactions.

      2. The legal consequences, <u>assuming</u> that the Plaintiffs are able to establish <u>multiple</u> combinations involving only a limited number of Defendants with respect to a limited number of transactions.

                                                        /s/ Edward F. Harrington
                                                        EDWARD F. HARRINGTON
                                                        United States Senior District Judge