# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br>     Plaintiffs | Lead Case Number: 1:07-cv-12388-EFH<br>**(Consolidated)** |
| v. | <u>CLASS ACTION</u> |
| BAIN CAPITAL PARTNERS, LLC, et al.,<br>     Defendants | |

**PLACEHOLDER FOR DECLARATION OF MICHAEL A. WILLIAMS, Ph.D., IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This document is a place holder for the following item which is filed in conventional or physical form with the Clerk's Office:

**DECLARATION OF MICHAEL A. WILLIAMS, Ph.D. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document
  \* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_x_ Item Under Seal pursuant to a court order
  \* (Pursuant to First Amended Stipulated Protective Order ECF No. 251)

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1 (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):
  \* Filing of these items requires Judicial Approval.

82212398.1