**Exhibit 17**

# Sensitivity Analysis of W&W's Purported "Competitive" IRRs Calculated Using the Fama-French 3-Factor Model

| Transaction | Fama-French 3-Factor Model[1] | | |
|---|---|---|---|
| | Expected Return | Implied α from Freescale Deal[2] | "Competitive" IRR[3] |
| Freescale | 8.73% | 10.84% | 19.57% |
| AMC | 18.55% | 10.84% | 29.39% |
| Aramark | 9.45% | 10.84% | 20.28% |
| Harrah's | 12.64% | 10.84% | 23.47% |
| HCA | 9.76% | 10.84% | 20.60% |
| Kinder Morgan | 13.13% | 10.84% | 23.97% |
| SunGard | 12.84% | 10.84% | 23.68% |
| TXU | 22.16% | 10.84% | 32.99% |
| | CAPM (Per W&W)[4] | | |
| Freescale | 13.38% | 6.19% | 19.57% |
| AMC | 9.40% | 6.19% | 15.59% |
| Aramark | 7.27% | 6.19% | 13.46% |
| Harrah's | 10.83% | 6.19% | 17.02% |
| HCA | 7.52% | 6.19% | 13.71% |
| Kinder Morgan | 8.18% | 6.19% | 14.38% |
| SunGard | 10.95% | 6.19% | 17.14% |
| TXU | 9.49% | 6.19% | 15.68% |

Source: Expert Report of Simon J. Wilkie, Ph.D. and Michael A. Williams, Ph.D. in Support of Plaintiffs' Motion for Class Certification dated 10/22/13 ("W&W Report"); Kenneth French's data library (http://mba.tuck.dartmouth.edu/pages/faculty/ken.french/data_library.html)

Note:
[1] Expected returns and "competitive" IRRs are calculated for each deal based on Fama-French's 3-Factor model. See Appendix 4 for details.
[2] A "competitive" IRR for the Freescale deal of 19.57% as claimed by the Plaintiffs yields an implied α of 10.84%. The implied α is the difference between the "competitive" IRR for the Freescale deal (according to W&W) and the expected return for the Freescale deal under the Fama-French 3-Factor model (8.73%).
[3] The α implied by the Freescale deal is applied to the deal-specific expected returns predicted by the Fama-French 3-Factor model to estimate the "competitive" IRRs for each deal.
[4] See W&W Report for methodology.