UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>BAIN CAPITAL PARTNERS, LLC, et al.,<br><br>　　　　　　　　　　Defendants. | ) Lead Case No. 1:07-cv-12388-WGY<br>)<br>) CLASS ACTION<br>)<br>) NAMED PLAINTIFFS' UNOPPOSED<br>) MOTION FOR PRELIMINARY APPROVAL<br>) OF SETTLEMENTS WITH DEFENDANTS<br>) BAIN CAPITAL PARTNERS, LLC, AND<br>) THE GOLDMAN SACHS GROUP, INC.<br>)<br>) |

947114_1

Named Plaintiffs Kirk Dahl, Police and Fire Retirement System of the City of Detroit, City of Omaha Police and Fire Retirement System, and Michael Wojno, as executor for the estate of Robert Zimmerman ("Named Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlements; (2) certifying a Settlement Class pursuant to Rule 23(b)(3) of the Federal Rules of Civil Procedure for purposes of effectuating the proposed Settlements; (3) directing that Settlement Class Members be given notice of the pendency of this Action and the proposed Settlements in substantially the same form and manner set forth in the Settlement Agreements and the exhibits submitted in connection with this motion in the Appendix; (4) setting a hearing date for the Court to consider final approval of the proposed Settlements and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlements.

In support of their motion, Named Plaintiffs rely on the Settlement Agreements, the exhibits submitted in connection with this motion in the Appendix, and the Memorandum of Law in Support of Named Plaintiffs' Unopposed Motion for Preliminary Approval of Settlements with Defendants Bain Capital Partners, LLC, and The Goldman Sachs Group, Inc., submitted herewith, which are incorporated herein in their entirety.

DATED: June 11, 2014        ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                            PATRICK J. COUGHLIN (admitted *pro hac vice*)
                                            RANDI D. BANDMAN (admitted *pro hac vice*)
                                            SUSAN G. TAYLOR (admitted *pro hac vice*)
                                            DAVID W. MITCHELL (admitted *pro hac vice*)
                                            PHONG L. TRAN (admitted *pro hac vice*)

                                            s/ DAVID W. MITCHELL
                                            DAVID W. MITCHELL

947114_1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SCOTT + SCOTT LLP
DAVID R. SCOTT (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (fax)

SCOTT + SCOTT LLP
CHRISTOPHER M. BURKE (admitted *pro hac vice*)
WALTER W. NOSS (admitted *pro hac vice*)
KRISTEN M. ANDERSON (admitted *pro hac vice*)
707 Broadway, 10th Floor
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
LISA A. FURNALD (BBO #631059)
800 Boylston Street, 25th Floor
Boston, MA  02199
Telephone:  617/267-2300
617/267-8288 (fax)

ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P
K. CRAIG WILDFANG (admitted *pro hac vice*)
THOMAS J. UNDLIN (admitted *pro hac vice*)
STACEY P. SLAUGHTER (admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that Co-Lead Counsel conferred in good faith with counsel for Settling Defendants, and Settling Defendants do not oppose the relief requested herein.

s/ DAVID W. MITCHELL<br>
DAVID W. MITCHELL

- 3 -

947114_1

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 11, 2014.

                                                  s/ DAVID W. MITCHELL
                                                  DAVID W. MITCHELL