UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BAIN CAPITAL PARTNERS, LLC, et al.,<br><br>        Defendants. | Lead Case No. 1:07-cv-12388-WGY<br><br><u>CLASS ACTION</u><br><br>APPENDIX IN SUPPORT OF NAMED PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH DEFENDANTS BAIN CAPITAL PARTNERS, LLC, AND THE GOLDMAN SACHS GROUP, INC. |

947575_1

In connection with Named Plaintiffs' request for preliminary approval of the Settlements, attached hereto are the following:

Exhibit A:   Settlement Agreement with Bain Capital Partners, LLC;

Exhibit B:   Settlement Agreement with The Goldman Sachs Group, Inc.;

Exhibit C:   [Proposed] Order Preliminarily Approving Settlements, Conditionally Certifying the Settlement Class, Appointing Class Counsel for the Settlement Class, Approving Notice Plan, and Setting a Final Approval Hearing;

Exhibit D:   [Proposed] Rule 54(b) Final Judgment Order as to Bain Capital Partners, LLC;

Exhibit E:   [Proposed] Rule 54(b) Final Judgment Order as to The Goldman Sachs Group, Inc.;

Exhibit F:   Notice of Class Certification, Proposed Class Action Settlements with Certain Defendants and Final Approval Hearing; and

Exhibit G:   Summary Notice.

DATED: June 11, 2014

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (admitted *pro hac vice*)
RANDI D. BANDMAN (admitted *pro hac vice*)
SUSAN G. TAYLOR (admitted *pro hac vice*)
DAVID W. MITCHELL (admitted *pro hac vice*)
PHONG L. TRAN (admitted *pro hac vice*)


s/ DAVID W. MITCHELL
DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

SCOTT + SCOTT LLP
DAVID R. SCOTT (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone: 860/537-5537
860/537-4432 (fax)

SCOTT + SCOTT LLP
CHRISTOPHER M. BURKE (admitted *pro hac vice*)
WALTER W. NOSS (admitted *pro hac vice*)
KRISTEN M. ANDERSON (admitted *pro hac vice*)
707 Broadway, 10th Floor
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
LISA A. FURNALD (BBO #631059)
800 Boylston Street, 25th Floor
Boston, MA  02199
Telephone:  617/267-2300
617/267-8288 (fax)

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P
K. CRAIG WILDFANG (admitted *pro hac vice*)
THOMAS J. UNDLIN (admitted *pro hac vice*)
STACEY P. SLAUGHTER (admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 11, 2014.

                                            s/ DAVID W. MITCHELL
                                            DAVID W. MITCHELL

946797_3