UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, *et al.*, Individually and on Behalf of All Others Similarly Situated,<br><br>                                  Plaintiffs,<br><br>      vs.<br><br>BAIN CAPITAL PARTNERS, LLC, *et al.*,<br><br>                              Defendants. | Lead Case No. 1:07-cv-12388-WGY<br><br>CLASS ACTION<br><br>NOTICE OF LODGING OF DOCUMENTS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENTS |

971775_1

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that plaintiffs hereby lodge with the Court the following documents in further support of Plaintiffs' Motion for Preliminary Approval of Proposed Class Action Settlements:

Exhibit A:     Notice of Class Certification, Proposed Class Action Settlements With Defendants and Final Approval Hearing;

Exhibit B:     Summary Notice;

Exhibit C:     Proof of Claim and Release Form;

Exhibit D:     [Proposed] Order Preliminarily Approving Settlements, Conditionally Certifying the Settlement Class, Appointing Class Counsel for the Settlement Class, Approving Notice Plan, and Setting a Final Approval Hearing; and

Exhibit E:     Amended Proposed Schedule of Events.

DATED: September 26, 2014          ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                                   PATRICK J. COUGHLIN (Of Counsel)
                                   RANDI D. BANDMAN (admitted *pro hac vice*)
                                   DAVID W. MITCHELL (admitted *pro hac vice*)
                                   PHONG L. TRAN (admitted *pro hac vice*)


                                            s/ David W. Mitchell
                                   _____
                                        DAVID W. MITCHELL

                                   655 West Broadway, Suite 1900
                                   San Diego, CA 92101
                                   Telephone: 619/231-1058
                                   619/231-7423 (fax)

                                   ROBINS, KAPLAN, MILLER &
                                     CIRESI L.L.P
                                   K. CRAIG WILDFANG (admitted *pro hac vice*)
                                   THOMAS J. UNDLIN (admitted *pro hac vice*)
                                   STACEY P. SLAUGHTER (admitted *pro hac vice*)
                                   2800 LaSalle Plaza
                                   800 LaSalle Avenue South
                                   Minneapolis, MN 55402-2015
                                   Telephone: 612/349-8500
                                   612/339-4181 (fax)

ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
LISA A. FURNALD (BBO #631059)
800 Boylston Street, 25th Floor
Boston, MA  02199
Telephone:  617/267-2300
617/267-8288 (fax)

SCOTT + SCOTT LLP
DAVID R. SCOTT (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (fax)

SCOTT + SCOTT LLP
CHRISTOPHER M. BURKE (admitted *pro hac vice*)
WALTER W. NOSS (admitted *pro hac vice*)
KRISTEN M. ANDERSON (admitted *pro hac vice*)
707 Broadway, 10th Floor
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (admitted *pro hac vice*)
PAUL GRIECO (admitted *pro hac vice*)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
GEORGE AGUILAR (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
RICHARD A. LOCKRIDGE (admitted *pro hac vice*)
CHARLES N. NAUEN (admitted *pro hac vice*)
KAREN HANSON RIEBEL (admitted *pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
Telephone:  612/339-6900
612/339-0981 (fax)

- 2 -

HULETT HARPER STEWART, LLP
DENNIS STEWART (Of Counsel)
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:  619/338-1133
619/338-1139 (fax)

BRANSTETTER, STRANCH
    & JENNINGS, PLLC
J. GERARD STRANCH IV (admitted *pro hac vice*)
227 Second Avenue, North – 4th Floor
Nashville, TN  37201-1631
Telephone:  615/254-8801
615/255-5419 (fax)

MURRAY FRANK LLP
BRIAN P. MURRAY (Of Counsel)
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

REINHARDT WENDORF & BLANCHFIELD
MARK REINHARDT (admitted *pro hac vice*)
2201 Atlantic Avenue
Sullivan's Island, SC  29482
Telephone:  651/287-2100

REINHARDT WENDORF & BLANCHFIELD
ROBERTA A. YARD (admitted *pro hac vice*)
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)

FARUQI & FARUQI, LLP
NADEEM FARUQI (Of Counsel)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  212/983-9330
212/983-9331 (fax)

SHEPHERD FINKELMAN MILLER
    & SHAH, LLP
JAYNE A. GOLDSTEIN (admitted *pro hac vice*)
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)

- 3 -

WAGSTAFF & CARTMELL LLP
TYLER W. HUDSON (admitted *pro hac vice*)
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Telephone:  816/701-1177
816/531-2372 (fax)

Attorneys for Plaintiffs

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 26, 2014.

s/David W. Mitchell
DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  davidm@rgrdlaw.com

968030_1