# EXHIBIT B

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, *et al.*, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BAIN CAPITAL PARTNERS, LLC, *et al.*, <br><br> Defendants. | Lead Case No. 1:07-cv-12388-WGY <br><br> <u>CLASS ACTION</u> <br><br> SUMMARY NOTICE |

**IF YOU SOLD OR EXCHANGED COMMON STOCK IN (1) AMC ENTERTAINMENT, INC., (2) SUNGARD DATA SYSTEMS INC., (3) ARAMARK CORPORATION, (4) KINDER MORGAN, INC., (5) HCA INC., (6) FREESCALE SEMICONDUCTOR, INC., (7) HARRAH'S ENTERTAINMENT, INC., OR (8) TXU CORP. (COLLECTIVELY, THE "TARGET COMPANIES"), AS PART OF THE LEVERAGED BUYOUT ("LBO") OF ANY OF THE TARGET COMPANIES, YOUR LEGAL RIGHTS MAY BE AFFECTED BY THE PROCEEDINGS IN A CLASS ACTION LAWSUIT AND YOU MAY BE ENTITLED TO A CASH PAYMENT FROM CLASS ACTION SETTLEMENTS.**

**What Is This Case About?**

Named Plaintiffs allege that Defendants violated the United States federal antitrust laws by participating in illegal conspiracies as set forth in Counts 1 and 2 of the Complaint to limit competition among themselves and their co-conspirators with the goal of reducing the sale prices of the publicly-traded Target Companies that were sold pursuant to LBOs.  Named Plaintiffs allege that Defendants' anticompetitive conduct caused the shareholders of each Target Company to receive an unlawfully depressed price per share, resulting in significant economic damages to the putative Settlement Class, as defined in the Notice of Class Certification, Proposed Class Action Settlements with Certain Defendants, and Final Approval Hearing (the "Full Notice").  Defendants deny any wrongdoing or liability, and the Court has not ruled on the merits of the claims or defenses.

**The Settlements**

Proposed settlements have been reached with Defendants Bain Capital Partners, LLC ("Bain Capital"), The Goldman Sachs Group, Inc. ("Goldman Sachs"), The Blackstone Group L.P. ("Blackstone"), Kohlberg Kravis Roberts & Co. L.P. ("KKR"), TPG Capital, L.P. ("TPG"), TC Group III, L.P. and TC Group IV, L.P. ("Carlyle"), and Silver Lake Technology Management, L.L.C. ("Silver Lake") (collectively, the "Settling Defendants") in the above-captioned action (the "Action"), and the Court has granted preliminary approval of those settlements (the "Settlements"). Pursuant to the Settlements, the Settling Defendants have agreed to pay a total of $590,500,000 in cash (the aggregate of multiple separate settlement amounts) for the benefit of the putative Settlement Class (defined below) in settlement of the Settlement Class's claims against the Settling Defendants.

**Who Is a Settlement Class Member?**

You are likely a member of the Settlement Class if you sold or exchanged your common stock in (1) AMC Entertainment Inc., (2) SunGard Data Systems Inc., (3) Aramark Corporation, (4) Kinder Morgan, Inc., (5) HCA Inc., (6) Freescale Semiconductor, Inc., (7) Harrah's Entertainment, Inc., or (8) TXU Corp., as part of the LBO of each of the preceding Target Companies.  Additional information is contained in the Full Notice, including information on who is or is not a member of the Settlement Class.

**What do the Proposed Settlements Provide?**

The Settling Defendants will pay a total of $590.5 million in cash (the aggregate of multiple separate settlement amounts) into numerous Settlement Funds.  The Settlement Funds, plus interest earned

- 1 -

from the date they are established, less costs, fees, service award(s), and expenses ("Net Settlement Funds"), will be divided among all eligible Settlement Class Members who send in valid claim forms before the _____, 2014 deadline ("Authorized Claimants").  Costs, fees, and expenses include Court-approved attorneys' fees and expenses, the costs of notifying Settlement Class Members, including the costs of printing and mailing the Full Notice, the cost of publishing notice, and the costs of claims administration.

**What Are My Rights?**

If you do nothing or submit a Proof of Claim Form, you will remain in the Settlement Class and be bound by the proposed Settlements if they are approved.  If you remain in the Settlement Class, you may be eligible to share in the Settlement Funds subject to the conditions set forth in the Full Notice, if you complete and submit the Proof of Claim Form no later than _____, 2014.  To exclude yourself from the Settlement Class, you must submit a timely written request for exclusion by _____, 2014.  To object to the proposed Settlements, Plan of Allocation, Named Plaintiffs' request for service awards, and/or Co-Lead Counsel's request for fees and expenses, you must file a written objection with the Court and serve Co-Lead Counsel at the addresses below no later than _____, 2014.

**Final Approval Hearing**

A Final Approval Hearing is scheduled to be held at the United States District Court for the District of Massachusetts on ____, 2014, at ___.  The date and location for this hearing may be changed without further notice to the Settlement Class.

**This Is a Summary, Where Can I Get More Information?**

You can get additional information concerning the proposed Settlements, including a copy of the Full Notice, the Proof of Claim and Release Form, and the Settlement Agreements (which, among other things, contain definitions for the defined terms used in this Summary Notice), by visiting www._____, calling the Settlement Administrator toll-free at _____, or writing to the Settlement Administrator at _____.  Do not contact the Court in connection with the proposed Settlements.  If you have any further questions or comments, you may contact Co-Lead Counsel for the Settlement Class:

|  |  |
|---|---|
| David R. Scott | Patrick J. Coughlin |
| Christopher M. Burke | David W. Mitchell |
| Scott + Scott, Attorneys at Law, LLP | Robbins Geller Rudman & Dowd LLP |
| 707 Broadway, Suite 1000 | 655 West Broadway, Suite 1900 |
| San Diego, CA  92101 | San Diego, CA  92101-3301 |
| (619) 233-4565 | (619) 231-1058 |

K. Craig Wildfang
Thomas J. Undlin
Robins, Kaplan, Miller & Ciresi, LLP
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
(612) 349-8500

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

DATED: _____, 2014         BY ORDER OF THE COURT
                                            UNITED STATES DISTRICT COURT
                                            DISTRICT OF MASSACHUSETTS