UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated, | Lead Case No. 1:07-cv-12388-WGY |
| Plaintiffs, | CLASS ACTION |
| vs. | NAMED PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS AND SUPPLEMENTAL PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| BAIN CAPITAL PARTNERS, LLC, et al., | |
| Defendants. | |

Plaintiffs Kirk Dahl, Police and Fire Retirement System of the City of Detroit, City of Omaha Police and Fire Retirement System, and Michael Wojno, as Executor for the Estate of Robert Zimmerman (collectively, "Named Plaintiffs"), on behalf of the Settlement Class and pursuant to Rule 23 of the Federal Rules of Civil Procedure, respectfully move this Court to enter orders and/or judgments: (1) granting final approval of the settlements of this class action; and (2) approving the Supplemental Plan of Allocation of Settlement Proceeds.

This motion is based on the Memorandum of Law in Support of Named Plaintiffs' Motion for Final Approval of Settlements and Supplemental Plan of Allocation of Settlement Proceeds, the declarations submitted in support thereof, the Settlement Agreements and related exhibits previously filed with the Court (Dkt. Nos. 986, 997, 1018 and 1037), all other pleadings and matters of record, and such additional evidence or argument that may be presented at the hearing on this matter.

DATED: November 13, 2014          Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (Of Counsel)
DAVID W. MITCHELL (admitted *pro hac vice*)
RANDI D. BANDMAN (admitted *pro hac vice*)
PHONG L. TRAN (admitted *pro hac vice*)


                s/ David W. Mitchell
                DAVID W. MITCHELL

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

- 1 -

SCOTT+SCOTT, Attorneys At Law, LLP
CHRISTOPHER M. BURKE (admitted *pro hac vice*)
WALTER W. NOSS (admitted *pro hac vice*)
KRISTEN M. ANDERSON (admitted *pro hac vice*)
707 Broadway, 10th Floor
San Diego, CA  92101
Telephone:  619/233-4565
619/233-0508 (fax)

SCOTT+SCOTT, Attorneys At Law, LLP
DAVID R. SCOTT (admitted *pro hac vice*)
156 South Main Street
P.O. Box 192
Colchester, CT  06415
Telephone:  860/537-5537
860/537-4432 (fax)

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P
K. CRAIG WILDFANG (admitted *pro hac vice*)
THOMAS J. UNDLIN (admitted *pro hac vice*)
STACEY P. SLAUGHTER (admitted *pro hac vice*)
2800 LaSalle Plaza
800 LaSalle Avenue South
Minneapolis, MN  55402-2015
Telephone:  612/349-8500
612/339-4181 (fax)

ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
LISA A. FURNALD (BBO #631059)
800 Boylston Street, 25th Floor
Boston, MA  02199
Telephone:  617/267-2300
617/267-8288 (fax)

LANDSKRONER • GRIECO • MERRIMAN, LLC
JACK LANDSKRONER (admitted *pro hac vice*)
PAUL GRIECO (admitted *pro hac vice*)
1360 West 9th Street, Suite 200
Cleveland, OH  44113
Telephone:  216/522-9000
216/522-9007 (fax)

- 2 -

ROBBINS ARROYO LLP
BRIAN J. ROBBINS (admitted *pro hac vice*)
GEORGE AGUILAR (admitted *pro hac vice*)
600 B Street, Suite 1900
San Diego, CA  92101
Telephone:  619/525-3990
619/525-3991 (fax)

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
RICHARD A. LOCKRIDGE (admitted *pro hac vice*)
CHARLES N. NAUEN (admitted *pro hac vice*)
KAREN HANSON RIEBEL (admitted *pro hac vice*)
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401-2159
Telephone:  612/339-6900
612/339-0981 (fax)

HULETT HARPER STEWART, LLP
DENNIS STEWART (Of Counsel)
225 Broadway, Suite 1350
San Diego, CA  92101
Telephone:  619/338-1133
619/338-1139 (fax)

BRANSTETTER, STRANCH
   & JENNINGS, PLLC
J. GERARD STRANCH IV (admitted *pro hac vice*)
227 Second Avenue, North – 4th Floor
Nashville, TN  37201-1631
Telephone:  615/254-8801
615/255-5419 (fax)

MURRAY FRANK LLP
BRIAN P. MURRAY (Of Counsel)
275 Madison Avenue, Suite 801
New York, NY  10016
Telephone:  212/682-1818
212/682-1892 (fax)

REINHARDT WENDORF & BLANCHFIELD
MARK REINHARDT (admitted *pro hac vice*)
2201 Atlantic Avenue
Sullivan's Island, SC  29482
Telephone:  651/287-2100

- 3 -

REINHARDT WENDORF & BLANCHFIELD
ROBERTA A. YARD (admitted *pro hac vice*)
E-1250 First National Bank Building
332 Minnesota Street
St. Paul, MN  55101
Telephone:  651/287-2100
651/287-2103 (fax)

FARUQI & FARUQI, LLP
NADEEM FARUQI (Of Counsel)
369 Lexington Avenue, 10th Floor
New York, NY  10017-6531
Telephone:  212/983-9330
212/983-9331 (fax)

SHEPHERD FINKELMAN MILLER
  & SHAH, LLP
JAYNE A. GOLDSTEIN (admitted *pro hac vice*)
1640 Town Center Circle, Suite 216
Weston, FL  33326
Telephone:  954/515-0123
954/515-0124 (fax)

WAGSTAFF & CARTMELL LLP
TYLER W. HUDSON (admitted *pro hac vice*)
4740 Grand Avenue, Suite 300
Kansas City, MO  64112
Telephone:  816/701-1177
816/531-2372 (fax)

Attorneys for Plaintiffs

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I have conferred with counsel for Settling Defendants on the issues raised by this motion prior to filing, and Settling Defendants do not oppose the relief sought in the motion for approval of the Settlements, and take no position on the portion of the motion seeking approval of the proposed Plan of Allocation.

s/ David W. Mitchell
DAVID W. MITCHELL

983680_1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies

will be sent to those indicated as non registered participants on November 13, 2014.

s/ DAVID W. MITCHELL
DAVID W. MITCHELL