**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,<br>      Plaintiffs,<br>vs.<br>BAIN CAPITAL PARTNERS, LLC, et al.,<br>      Defendants. | Lead Case No. 1:07-cv-12388-WGY<br><br>**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, LITIGATION EXPENSES, AND NAMED PLAINTIFF SERVICE AWARDS** |

Lead Counsel, on behalf of all Plaintiffs' Counsel, respectfully submit this Motion for an Award of Attorneys' Fees, Litigation Expenses, and Named Plaintiff Service Awards. As set forth in the accompanying Memorandum in Support of an Award of Attorneys' Fees, Litigation Expenses, and Named Plaintiff Service Awards ("Fee Memorandum"); Declaration of Co-Lead Counsel in Support of Named Plaintiffs' Motions for Final Approval of Settlements and Supplemental Plan of Allocation of Settlement Proceeds and for an Award of Attorneys' Fees and Expenses; and Declaration of Daryl F. Scott in Support of Co-Lead Counsel's Application for Award of Attorneys' Fees, Litigation Expenses, and Named Plaintiff Service Awards, Plaintiffs' Counsel ask that this Court award fees in the amount of $194,865,000 (33% of the $590,500,000 common fund), as well as costs and expenses totaling $12,028,514.99. In addition to fees and expenses, Plaintiffs' Counsel also request that the Court approve total service awards in the amount of $25,000 each for Police and Fire Department Retirement System of the City of Detroit ("Detroit PFRS") and Omaha Police and Fire Department Retirement System (Omaha PFRS"), as well as $10,000 for Dr. Dahl and $5,000 for Mr. Wojno. Named Plaintiffs made significant time commitments on behalf of the Class during the seven-year litigation. The total amount of incentive awards requested for all Named Plaintiffs is $65,000.

In further support of this Motion, Plaintiffs' Counsel have filed herewith the aforementioned Fee Memorandum. For the reasons stated therein, Plaintiffs' Counsel request

that their Motion be granted.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to D. Mass. Local Rule 7.1(a)(2), the undersigned hereby certifies that counsel for Plaintiffs has conferred with counsel for Settling Defendants, and that Settling Defendants take no position as to the relief requested by this Motion.

Dated: November 13, 2014                Respectfully submitted,

*s/ Stacey P. Slaughter*
K. Craig Wildfang (admitted *pro hac vice*)
Thomas J. Undlin (admitted *pro hac vice*)
Stacey P. Slaughter (admitted *pro hac vice*)
George D. Carroll (admitted *pro hac vice*)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
2800 LaSalle Plaza
800 LaSalle A venue South
Minneapolis, MN 55402-2015
(612) 349-8500
kcwildfang@rkmc.com
tjundlin@rkmc.com
spslaughter@rkmc.com
gdcarroll@rkmc.com

Lisa A. Furnald (BBO #631059)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P
800 Boylston Street, 25th Floor
Boston, MA 02199
(617) 267-2300
lafurnald@rkmc.com

Patrick J. Coughlin (admitted *pro hac vice*)
David W. Mitchell (admitted *pro hac vice*)
Randi D. Bandman (admitted *pro hac vice*)
Phong L. Tran (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058
patc@rgrdlaw.com
davidm@rdrdlaw.com
ptran@rdrdlaw.com

        Christopher M. Burke (admitted *pro hac vice*)
        Walter W. Noss (admitted *pro hac vice*)
        Kristen M. Anderson (admitted *pro hac vice*)
        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
        707 Broadway, Suite 1000
        San Diego, CA 92101
        (619) 233-4565
        cburke@scott-scott. com
        wnoss@scott-scott.com
        kanderson@scott-scott. com

        David R. Scott
        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
        156 South Main Street
        P.O. Box 192
        Colchester, CT 06415
        (860) 537-3818

        *Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2014, I caused the foregoing to be served via the Electronic Filing System on all of Settling Defendants' counsel of record and via email on all attorneys who have agreed to accept service via email at [defendantsprivateequity@scott-scott.com](mailto:defendantsprivateequity@scott-scott.com).

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2014.

        *s/ Stacey P. Slaughter*
        Stacey P. Slaughter (admitted *pro hac vice*)
        ROBINS, KAPLAN, MILLER & CIRESI L.L.P
        2800 LaSalle Plaza
        800 LaSalle A venue South
        Minneapolis, MN 55402-2015
        (612) 349-8500
        spslaughter@rkmc.com

85363346.1