# EXHIBIT A

**KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated,**

vs.

**BAIN CAPITAL PARTNERS, LLC, et al**

**Master Lodestar Report**

**By Firm**

| Law Firm | | Lodestar |
|---|---|---:|
| Scott + Scott Attorneys at Law, LLP | $ | 24,960,699.00 |
| Robbins Geller Rudman & Dowd, LLP | $ | 15,008,657.50 |
| Robins Kaplan Miller & Ciresi, LLP | $ | 15,525,259.00 |
| Faruqi & Faruqi, LLP | $ | 1,050,496.25 |
| Landskroner Grieco Merriman, LLC | $ | 132,792.50 |
| Lockridge Grindal Nauen, PLLP | $ | 5,821,710.00 |
| Murray Frank, LLP | $ | 3,491,793.50 |
| Reinhardt, Wendorf & Blanchfield | $ | 5,600,640.25 |
| Wagstaff & Cartmell, LLP | $ | 2,277,063.75 |
| Robbins Arroyo, LLP | $ | 2,389,595.00 |
| Branstetter Stranch & Jennings, PLLC | $ | 3,886,485.00 |
| **Total** | $ | 80,145,191.75 |