November 12, 2014

30 Beach Walker Road
Amelia Island, FL 32034

FILED
IN CLERKS OFFICE

2014 NOV 17 PM 1 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

Clerk of the Court
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RE:1:07-ev-12388-WGY    Susan P. Boyd Rev Lvg Tr, 8/4/2005

Dear Madam/Sir,

Recently I was alerted to a settlement in a class action lawsuit and was requested to submit a claim form with documentation of ownership of a list of securities. With no clue as to what, when or how I might have owned these securities, I called for further information. I was given stock symbols and an estimated date of the LBO's but with the caveat it was likely not accurate (perhaps searching for the needle in the haystack).

It would seem the small investor is once again swamped by the class action attorneys who will likely walk away with even more fees for every small investor they can overwhelm. For my name to be included in the class, some brokerage firm had to provide information that surely could be shared.

Yours truly,

*Susan P. Boyd*

Susan P. Boyd TTEE